UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WINDSOR TERRACE HEALTHCARE LLC, DEBTOR<br><br>HAZEL ALERS AND ALEJANDRO ALERS,<br>   Plaintiff-Appellants,<br>              v.<br>WINDSOR TERRACE HEALTHCARE, LLC,<br>   Defendant-Appellee. | Case Nos. 2:25-CV-01388-JLS<br>              2:25-CV-01547-JLS<br>              2:25-CV-02133-JLS<br>BK Case No. 1:23-BK-11200-VK<br>Adv. Case No. 1:24-AP-01056-VK<br>**JUDGMENT** |

   Judgment is hereby entered in accordance with this Court's December 23, 2025 Order Affirming the Bankruptcy Court Orders and Judgment.

DATED:  December 30, 2025

                                        Clerk, United States District Court

                                                /s/ Kelly Davis
                                        _____
                                        Kelly Davis, Courtroom Deputy Clerk

**cc:  BK Court**